JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN
CALIFORNIA IBEW-NECA PENSION
PLAN,

                Plaintiff,

      v.

SOO DONG KIM, an individual dba
"SOO KIM ELECTRIC CO.,"

                Defendant.

CASE NO.: CV 09-6745 VBF (FLAx)

ASSIGNED TO THE HONORABLE
VALERIE BAKER FAIRBANK

**JUDGMENT**

Plaintiff's motion for default judgment came on regularly for hearing on February 22, 2010, in the above-referenced Court, the Honorable Valerie Baker Fairbank, United States District Judge, presiding.  Appearances were stated on the record. After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, if any:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan shall recover from Soo Dong Kim, an individual dba "Soo Kim Electric," ("Soo Kim"), the principal amount of $9,949.03 (consisting of unpaid fringe benefit contributions in the amount of $8,328.00, prejudgment interest in the amount of $311.23, and liquidated damages in the amount of $1,309.80), together with attorney's fees of $4,198.00, and costs of $602.34,

-1-

1    plus post-judgment interest as provided by law from the date of entry of judgment herein
2    until the date the judgment is paid in full.
3
4
5    Dated: February 22, 2010                    _____
6                                                UNITED STATES DISTRICT JUDGE
7    Presented by:
8    Dated: January 4, 2010          **LAQUER URBAN CLIFFORD & HODGE LLP**
9
10                                    By: _/s/ Matthew T. Bechtel_
11                                         Matthew T. Bechtel
12                                    Attorney for Plaintiffs, Trustees of the Southern
                                      California IBEW-NECA Pension Plan
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**[PROPOSED] JUDGMENT**

260614.1