LAQUER, URBAN, CLIFFORD & HODGE LLP
Michael Y. Jung, State Bar No. 245260
 Email: Jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Attorneys for Plaintiff, Trustees of the Southern California IBEW-NECA Pension Plan

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>SOO DONG KIM, an individual dba "SOO KIM ELECTRIC CO.,"<br><br>Defendant. | CASE NO: 2:09-cv-06745-VBF-PLA<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[CAL. CODE CIV. PROC. §§ 683.110-683.220; FED. R. CIV. PROC. RULE 69]<br><br>[NO HEARING REQUIRED] |

Judgment was entered on February 23, 2010, in the amount of $14,749.37, plus post-judgment interest as provided by law, in favor of Judgment Creditor, Trustees of the Southern California IBEW-NECA Pension Plan, and against Judgment Debtor, Soo Dong Kim, an individual dba "Soo Kim Electric."

Abstracts of Judgment have been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Los Angeles | 20100389068 | March 22, 2010 |
| Riverside | 2016-0047611 | February 4, 2016 |
| San Bernardino | 2016-0046805 | February 4, 2016 |
| Orange | 2016000046305 | February 2, 2016 |

1
**RENEWAL OF JUDGMENT BY CLERK**
1374778

| | | | |
|---|---|---|---|
| 1 | Ventura | 20160202-00013644-0 ½ | February 2, 2016 |
| 2 | San Diego | 2016-0050125 | February 4, 2016 |

**NOW**, upon application for renewal of judgment by Judgment Creditor, and upon declaration showing that Soo Dong Kim, an individual dba "Soo Kim Electric" has failed to satisfy the total amount of said judgment and is indebted to Judgment Creditor, ████████████████████████████████████████ the judgment against Soo Dong Kim, an individual dba "Soo Kim Electric" be renewed in the amount of $12,561.30, as follows:

| | | | |
|---|---|---|---|
| a. | Judgment | | $14,749.37 |
| b. | Costs after Judgment | | $ 0.00 |
| c. | Interest after judgment computed from 02/23/2010 through 01/17/2020 at 0.36% | | $ 441.99 |
| d. | Less Credits | | $ 2,630.06 |
| e. | Total Renewed Judgment | | $12,561.30 |

Dated: January 21, 2020      *Sharon Hall Brown*
                             DEPUTY CLERK OF THE COURT

KIRY K. GRAY
Clerk of U.S. District Court